The judgment is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Arthur BROWN, Defendant/Appellant.**

No. 64472.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 23, 1994.

■

**STATE of Missouri, Respondent,**

v.

**Pablo GOMEZ, Appellant.**

**Pablo GOMEZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 61852, 64583.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 23, 1994.

S. Paige Canfield, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., and CRIST and CARL R. GAERTNER, JJ.

PER CURIAM.

In this jury-tried case, defendant was convicted of one count of sodomy under § 566.060, RSMo 1986, and one count of sexual abuse in the first degree under § 566.100, RSMo 1986. He was sentenced to five years imprisonment for the sodomy charge and one year for the sexual abuse charge to be served consecutively.